ACCEPTED
14-15-00207-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 10:31:27 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-15-00207-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 10:31:27 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
For the Fourteenth District
At Houston, Texas

**COUNTY INVESTMENT, L.P.,**
*Appellant,*

**v.**

**ROYAL WEST INVESTMENT, LLC, SERIES E AND SHAWN SHAHBAZI,**
*Appellees.*

On Petition for Review from Cause No. 2014-34978
189th Judicial District Court, Houston Texas
The Honorable Bill Burke

### UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now Royal West Investment, LLC, Series E and Shawn Shahbazi., and files this motion to extend the deadline for filing Appellees' Brief for 30 days, up to and including September 4, 2015 . In support thereof, Appellees would respectfully show the Court as follows:

1.    Appellees' brief was to be filed August 5, 2015, and this motion for extension of time is filed prior to said deadline.

2.    By this motion, Appellee seeks a 30-day extension of time from the date the brief was originally due, or September 4, 2015.

1

3.   Good cause exists for the extension.   Although timely served by Appellant's counsel, Appellees' counsel at the time of service was extremely busy with other legal matters and unintentionally failed to calendar the due date for Appellee's brief until July 30, 2015.   As a result, Appellees' counsel has insufficient time to file Appellees' responsive briefing and requests additional time to do so.

4.   The issue in this appeal represents an important issue of Texas law which is presently undecided by any Court of Appeals.   In order to ensure the Court has briefing with complete legal authority on this issue, Appellees' counsel requires additional time for filing.

Wherefore, premises considered, Appellees respectfully pray that this motion be granted and that the deadline for filing Appellees' Briefing be extended 30 days, up to and including September 4, 2015.   Appellees also prays for such other and further relief to which they may be otherwise entitled.

Respectfully submitted,

O'DONNELL, FEREBEE &FRAZER, P.C.

By: _____
Robert G. Miller
TBN: 14109500
450 Gears Road, Suite 800
Houston, Texas 77067
rmiller@ofmflaw.com
(281) 875-8200 Telephone
(281) 875-4962 Telecopier
*Counsel for Appellees*

2

**CERTIFICATE OF CONFERENCE**

The undersigned contact Appellant's counsel (Jeremy Saenz) about the contents of this motion and the relief requested. Mr. Saenz advised that he is unopposed to the relief sought.

_____
Robert G. Miller

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was served on the following counsel for Appellee State of Texas via e-filing and fax on July 31, 2015:

Jeremy Saenz
1010 Lamar, Ste. 425
Houston, TX 77010
713.554.8451 (fax)

_____
Robert G. Miller

3